IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHEVRON INTELLECTUAL PROPERTY LLC, a Delaware Limited Liability Company and CHEVRON U.S.A. INC., a Pennsylvania Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SANJAY PATEL AND DINESH PATEL<br><br>Defendants. | Civil Action No. 10-cv-11179 |

### RULE 41(a)(1)(A) 9(i) STIPULATION OF DISMISSSAL WITHOUT PREJUDICE

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Chevron Intellectual Property LLC and Chevron U.S.A., Inc., ("Chevron"), hereby dismisses its Complaint in this action without prejudice and without costs to any party.

Dated: January 4, 2011

Respectfully submitted,

CHEVRON INTELLECTUAL
PROPERTY, LLC, and
CHEVRON U.S.A. INC.,

By their attorneys,


/s/ Sean T. Carnathan
Sean T. Carnathan (BBO# 636889)
Benjamin S. Kafka (BBO# 640993)
O'Connor Carnathan and Mack LLC
Landmark One
1 Van de Graaff Drive, Suite 104
Suite 310
Burlington, MA 01803
(781) 359-9000
scarnathan@ocmlaw.net
bkafka@ocmlaw.net

Of Counsel:

Bernadette M. Reilly
Lathrop & Gage LLP
230 Park Avenue
Suite 1847
New York, NY 10169
(212)850-6231